In the Matter of the Judicial Settlement of the Account of HENRY FULLER and Others, Executors, etc., of CELIA K. FULLER, Deceased. OTTILLIE N. DANNEMAN and JULIA M. NAUMANN, as Executors, etc., and in Person, Appellants; HENRY B. FULLER, Respondent.— Decree of the Surrogate's Court of Queens county, in so far as appealed from, modified by reducing the costs and disbursements to the sum of $154.04, and as so modified unanimously affirmed, without costs. The item of $150, as an allowance under section 1512 of the Civil Practice Act,† should not have been allowed as the section has no application to this proceeding, nor should the item of sixty-five cents for telegrams from the clerk of the Court of Appeals have been allowed as it was not taxable. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

† Amd. by Laws of 1926, chap. 466.— [REP.